IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:12-CR-91 |
| : | |
| v. : | (Chief Judge Conner) |
| : | |
| **FREMO SANTANA** : | |
| : | |

### ORDER

AND NOW, this 18th day of August, 2015, upon consideration of the sentencing memoranda submitted by the parties, and following a hearing concerning the drug quantity to be attributed to defendant for purposes of sentencing, see U.S.S.G. § 2D1.1, and for the reasons set forth in the accompanying memorandum, it is hereby DETERMINED and ORDERED that the drug quantity attributable to Fremo Santana is 276 kilograms of cocaine and 34.2 kilograms of heroin.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania